Bradley S Pitts Am6465
B4-11-6-L Po box 2349
CUSP Blythe CA 92226

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 6 2015
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

United States Distric Court
Central District of California

Bradley S Pitts

v

K. Seibel       warden
Eric Anderson  CEO
DR. Karan      CPhS
DR LEE         CME
DR ANG         Physician
DR. Murakonda - PCP

CASE NO. EDCV15- 1174-DDP MRW
42 U.S.C. 1983
Civil Rights Action
Demand for Jury trail

Verified Complaint

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 12 2015
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

1    This is a civil action authorized by
42 USC 1983 to redress the deprivation, under
color of state law of rights secured by the
Constitution of the United States. The
Court has Jurisdiction under 28 USC section
1331 and 1343 (a)(3) and USC section 2201
and 2202 and 42 U.S.C.A. e(e) and 42
USCA 1997 e(e) Plaintiff Pitts seeks
declaratory relief pursant to 2201 and
2202 of the rules of Civil Procedure.

PLEADING PAGE FOR A COMPLAINT

2 The central District of California is an an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the even giving rise to this claim occurred

## II Plaintiff

3 Plaintiff Pitts is and was at all times mentioned herein a prisoner of California Department of Corrections at CHuckawalla Valley state Prison Blythe CA.

## III Defendants

4 Defendant Kimberley Seibel is the Warden of CHuckawalla valley state Prison she is leagly responsible for the operation of CVSP and the welfare of all inmates of that prison.

5 Defendant Dr. Murakonda is the Primary Care Provider of CHuckawalla valley state prison who is at all times mentioned in in this complaint held the Rank of Primary Care Provider for ``B'' yard

6  Defendants Eric Anderson, DR LEE CMO, Dr Karan CPbS DR ANG Physician and Surgen are the Review committee at CUSP who at all times mentioned in this complaint at held Rank of Review committee and assigned to CUSP

7  Each Defendant is sued individually and in his official capacity. At all times mentioned in this complaint each defendant acted under the color of state law

## III Facts

8  On 8-20-2014 Plaintiff has been suffering from neck, arm, hand pain from an injury occuring in 2014 while in custody he was seen by prison medical staff locally who initially prescribe medication / therapy on 9-11-2014 after (5) sesions therapy the aforesaid problems still persisted, As such the Plaintiff informed local prison medical staff of this (no allieviation of pain via medication / therapy).

③

# III facts

9. On several occasions Plaintiff Pitts informed Defendant Dr Murkonda of his sever disabling injury to his left arm that affects Plaintiff Pitts every day living standard sleeping, dressing, eatting, showering, TV and using the toilet

In California Code of Regulations title 15 Section 3350(4)

10. Sever Pains mean a degree of discomfort that significantly disable the patient from reasonable independant function.

11. Defendant Dr Murakonda prescribe medication Trileptal, Tegretol, carbmazepine, Tylenol, IBuProfen, Oxcarbazepine, Sulindac, Naproxen and none of these medications worked to no alliewiaiton of Pain

12. On 2-4-2015 Plaintiff Pitts recieved an MRI the results revealed a Large disk Herni-ation at C-3-4 to the left side with sever com-pression of the cord and deformation of the cord and moderate Stenosis at C-5-6 over to left side

④

PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

## III facts

On 3-19-2015 Plaintiff Pitts had an appoin-
ment at Tri City Hospital with Neurologist
DR Yoo. The Docotor examine and went
over the results of the MRI and informed
Plaintiff Pitts that he would need surgery
to stop the sever pain and would sche-
dule surgery soon as possible.

On 4-21-2015 Plaintiff Pitts had an appoin-
ment with Defendant Dr. Murakonda she
informed Plaintiff Pitts that the pending surgery
was denied as unnecessary and is a elective and
could be treated with pain medications and
that Plaintiff Pitts would be paroled in
7-15-2015

In the Plata book Serious Medical Needs
State!
A serious medical need exist when failure to
treat an inmates physical condition may result
in further significant injury or the unnecessary
and unwanton of pain. Jett v. Penner 439 F3d 1091,
1096 (9th cir 2006). The existence of an injury
that a reasonable doctor or patient would fine
worthy of comment or treatment. The presents
of chronic and substantial pain are examples of
Indications that a prisoner has a serious
need for medical treatment

## III facts

On 4-29-2015 Plaintiff Pitts felt something pop in his neck and experienced worse pain then usual Plaintiff Pitts went to the medical window at 6:30 am and explain to the medical staff the sever pain that Plaintiff Pitts was in.

16

The medical staff told Plaintiff Pitts to come back at 8:00am and turned him away Plaintiff returned at 8:30 am and was turned away again. Around 9:30am Plaintiff Pitts informed Correction Officer Willey that he was in sever pain and Officer Willey called medical and he got the same response.

17

Around 10:45am Plaintiff Pitts couldn't take the suffering from sever pain and went Emergency "man" "down".

18

With Corrections Officer Willey standing by RN Kailian was the first responder when she arived started telling Plaintiff Pitts that he was faking and lying about being in pain without offering asistance or examine Plaintiff Pitts

19

After 3 to 4 minutes of being belittled by RN Kailian Plaintiff Pitts told her if she was-n't there to help to leave and leave me alone

20

## III facts

In the California code of Regulations title 15(3391) Employee Conduct:

21. Employees shall be courteous and professional in their dealings with immates, parolee, fellow employees, visitors and members of public. Inmat and parolees shall be addressed by their proper name and never by derogatory or slang reference. Prison numbers shall be used only with names to summon inmates via public address system. Employees shall not use indecent, abusive, or otherwise improper language while on duty. Irresponsible or unethical conduct or conduct reflecting discredit on themselves or the department, either on or off duty. Shall be avoided by all employees.

22. On 5-3-2015 Plaintiff Pitts puts in medical slip seeking medical treatment complaing the medication is not working and can't raise left arm overhead, can't take a shower like normal people and can't carry tray in chow hall to eat.

23. On 5-19-2015 Plaintiff Pitts put in medical a slip for Radiating pain from thigh to foot and medication does not work

# V LEGAL CLAIMS

24 Defendants showed a Deliberate Indifference to the Plaintiff Serious medical need by denying Surgery that left him suffering from severe disabling pain Emotional Distress violating Plaintiffs right under the Eighth Amendment to the United states Constitution under cruel and unusual punishment. And Fourteenth Amendment to United States Constitution under due process.

25 Defendant DR Murakonda showed Deliberate Indifference when she failed to listen to the Plaintiff on his deteriorating condition that left the Plaintiff suffering from severe Pain with inadequate medications and insufficient Medical treatment that violated the Plaintiff Eighth Amendment to the United States Constitution And California code of Regulation 3350(4)

26 Plaintiff Pitts has no plain adequate or complete remedy at law to redress the wrongs described herein Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this grants the declaratory and punitive damages which Plaintiff seeks

## V LEGAL CLAIMS

27     Defendants had sufficient time to schedule Plaintiff Pitts for Surgery the Defendants had Conformation on Plaintiff Pitts injury On 2-4-2015. The Defendants scheduled the Plaintiff to See the Neurologist on 3-19-2015. The Neurologist wanted to schedule Surgery soon as possible to allieviate the Suffering from severe pain the Plaintiff been experiencing. The Medical Review committee had four months to schedule the Plaintiff surgery but instead They showed a Medical Indifference by ignoring the Suffering from severe disabling pain the Plaintiff was going through. The Plaintiff has been prescribe numerous medications Since 8-13-2014 and none worked no allieviation of severe Pain. The Medical Review committee showed prejudice when it came to Plaintiff injury to the fact that Plaintiff will be Paroling in 7-15-2015

(9)

Defendant DR Lee chief medical officer is a member
of the Medical Review committee that showed a
Deliberate Indifference to the Plaintiff Serious Medical
Needs by ignoring the severe chronic Pain the Plaintiff
been going through. On 2-4-2015 the Defendants
had four months and conformation of the injury
and a request for surgery was submitted by the
Neurologist stating that the Plaintiff has a severe
Disk Herniation at C-3-4 to the left side with a severe
Compression of the cord and Deformation of the cord.
And moderate stenosis at C-5-6 to the left side and
has pain running down his upper extrimity down to
the thumb and first finger and next finger of his left
hand. And has spontaneous twitching and spasm of the
left upper extrimity. DR Lee denied surgery as an
elective and pain could be manage with medications
and that the Plaintiff will be Paroling on July 15 2015.
The Plaintiff has been prescribe several medications
and none worked to allieviate the sever pain that the
Plaintiff been going through. DR Lee said there wont
be enough time to schedule surgery the Defendants
had Sufficient time from when they discoverd the
injury in 2-4-2015 from MRI results the Defendants
failed to act appropriately to the Plaintiff injury
and the suffering from severe pain Since 8-20-2014.
The Defendant Violated the Plaintiff rights under
the Eighth Amendment to the United states
Constitution under cruel and unusual punishment

⑩

<u>Deliberate Indifference, Serious Medical Needs, Negligence</u>
<u>Emotional Injury</u>

<u>And fourteenth Amendment to the United States</u>
<u>Constitution under due process</u>

<u>And California code of Regulations title 15</u>
<u>Section 3350(4)</u>

11

Defendant Dr. Karan Chief Physician and Surgeon
is a member of the medical Review committee that
Showed a Deliberate Indifference to the Plaintiff
Serious Medical Needs by ignoring the Severe chronic
Pain the Plaintiff been going through. On 2-4-2015
the Defendants had four months and conformation
of the injury and a request for Surgery was
Submitted by the Neurologist stating that the
Plaintiff has a Severe Disk Herniation at C-3-4 to
the left side with a severe compression of the cord and
Deformation of the cord. And moderate stenosis at C-5-6
to the left side and has pain running down his left upper
extrimity down to the thumb and first finger and next
finger of his left hand. And has spontaneous twitching
and spasm of the left upper extremity. DR Karan
denied Surgery as it a elective and pain could be
manage with medication and that the Plaintiff will
be Paroling on July 15, 2015. The Plaintiff has been
prescribe Several medications and none worked to
allieviate the Severe pain that the Plaintiff been going
through. DR Karan said there wont be enought time
to schedule Surgery the Defendants had sufficient
time from when they discoverd the injury in 2-4-2015
from the MRI results the Defendants failed to
act appropriately to the Plaintiff injury and the
Suffering from Severe Pain Since 8-20-2014. The
Defendants violated the Plaintiff rights under the
Eighth Amendment to the United States

Constitution under cruel and unusual punishment,
Deliberate Indifference, Serious Medical Needs,
Negligence, Emotional Injury

And fourteenth Amendment to the United States
Constitution under due process

And California code of Regulations title 15
Section 3350 (4)

Defendant DR. ANG Physician and Surgeon is a member of the medical Review committee that showed a Deliberate Indifference to the Plaintiff Serious medical needs by ignoring the severe chronic pain the Plaintiff been going through. On 2-4-2015 the Defendants had four months and had conformation of the injury and a request for Surgery was submitted by the Neurologist stating that the Plaintiff has a severe Disk Herniation at C-3-4 to the left side with a severe compression of the cord and Deformation of the cord. And moderate Stenosis at C-5-6 to the left side and has pain running down his upper extrimity down to the thumb and first finger and next finger of his left hand. And has spontaneous twitching and spasm of the left upper extremity. DR ANG denied surgery as an elective and pain could be manage with medication and the Plaintiff will be Paroling on July 15 2015. The Plaintiff has been prescribe several medications and none worked to allieviate the severe Pain that the Plaintiff been going through. DR ANG said there wont be enough time to schedule Surgery the Defendant had sufficient time from when they discoverd the injury in 2-4-2015 from MRI results the Defendant failed to act appropriately to the Plaintiff injury and the Suffering from severe pain Since 8-20-2014. The Defendant Violated the Plaintiff rights under the Eighth

Amendment to the United States Constitution under Cruel and unusual punishment and Deliberate Indifference, Serious Medical Needs Emotional Injury, Negligence

And fourteenth Amendment to the United States Constitution under due process

And California Code of Regulations title 15 Section 3350 (4)

15

Defendant Eric Anderson Chief Executive Officer
Health care (Safety) is a member of the medical
Review committee that showed a Deliberate
Indifference to the Plaintiff serious medical Needs
by ignoring the severe chronic pain the Plaintiff been
going through. On 2-4-2015 the Defendants had four
months and had conformation of the injury and a
request for surgery was submitted by the Neurologist
stating that the Plaintiff has a severe compression
of the cord and Deformation of the cord. And
moderate stenosis at C-5-6 to the left side and has
pain running down his upper extremity down to the
thumb and first finger and next finger of his left hand.
And spontaneous twitching and spasm of the left
upper extremity. Eric Anderson denied surgery as an
elective and pain could be manage with medication
and the Plaintiff will be Paroling in July 15, 2015.
The Plaintiff has been prescribe several medications
and none worked to allieviate the severe pain that
the Plaintiff been going through. Eric Anderson said
there wont be enough time to schedule surgery the
Defendants had sufficient time from when they
discovered the injury in 2-4-2015 from MRI results
the Defendants failed to act appropriately to the
Plaintiff injury and the suffering from severe pain
Since 8-20-2014. The Defendants Violated the
Plaintiff rights under the Eighth Amendment to
the United States Constitution under cruel and

16

1  unusual punishment and Deliberate Indifference,
2  Serious medical Needs, Negligence, Emotional injury

4  And fourteenth Amendment to the United states
5  Constitution under due process

7  And California Code of Regulations title 15
8  Section 3350(4)

As I wrote in my complaint upon my admission to "B" yard at CUSP Plaintiff Pitts showed signs of suffering from a severe disabling pain. The Defendants prescribe physical therapy/ medications Tegretol, Trileptal, carbmaze pine, Oxcarbazepine, Slundac, Salsalate, Acetaminophen Naproxen, IBuprofen, Tylenol and none of these medication worked to no allieviation of severe pain. The Defendants had conformation of Plaintiff Pitts injury On 2-4-2015 and on 3-19-2015 when the Neurologist Requsted Surgery soon as possible to relief the suffering from severe pain that Plaintiff Pitts been going through. Defendants' disreguard that Plaintiff Pitts informed that the pain disables him to shaver, dress, sleep, eat, use toilet like normal people. On 4-21-2015 Defendants Informed Plaintiff Pitts that the pending surgery was denied due to it's an elective and can be manage with medication and that Plaintiff Pitts would be paroling in 7-15-2015. Defendants showed a Deliberate Indifference to Plaintiff Pitts serious medical Needs by denying surgery that left him suffering from severe unwanton disabling pain and Emotinol Distress. The Defendants Violated Plaintiff Pitts Eighth Amendment under United States Constitution under cruel and unusual punishment

18

# VI PRAYer for ReIIEF

WhereFore, plaintiff respectfully pray that this court enter Judgment:

**28** Granting Plaintiffs Pitts a declaration that the acts and omissions described herein Violate his rights under the Constitution and laws of the United States and California Code of Regulations

**29** Granting Plaintiff Pitts compensatory damages in the amount of 100,000 against each Defendant Jointly and severally

**30** Plaintiff seeks punitive damages in the amount 80,000 Plaintive seeks these damages against each defendant Jointly and severally.

**31** Plaintiff also seek a Jury trial on all issues triable by Jury.

**32** Plaintiff also seek recovery of their cost in this suit and Medical bills

**33** Any additional relief this court deems Just, proper, and equitable

Dated 5-22-2015 Bradley Pitts Am6465 CUSP

# VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at CUSP May 22, 2015

Bradley S Pitts

Bradley S Pitts

---

PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



Bradley S Pitts Am6465
B-4-11-6-L
CVSP
Blythe CA 92226

CHUCKAWALLA VALLEY
STATE PRISON

LEGAL MAIL

$ 001.86

CLERK U.S. DISTRICT COURT
JUN 12 2015
CENTRAL DISTRICT OF CALIFORNIA

LEGAL MAIL

US District Court

Clerk of the Court Pro se

Central District of California

312 N. Spring st, Room G8

Los Angeles CA 90012-4701

LEGAL MAIL

LEGAL MAIL

